STEPHEN FREDKIN (SBN 59381)
litigator1946@aol.com
LAW OFFICES OF STEPHEN FREDKIN
30 Long Bay Drive
Newport Beach, CA 92660
Telephone: (949) 706-2006

ALAN ENGLE (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
155 N. Riverview Dr., Suite 313
Anaheim Hills, CA 92808
Telephone: (310) 428-6985

Attorneys for Plaintiff AMANDA LEWIS

KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:   (310) 312-2000
Facsimile:    (310) 312-3100

Attorneys for Defendants
ACTIVISION BLIZZARD, INC. and
BLIZZARD ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LEWIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., a Delaware corporation, and BLIZZARD ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.  CV12-1096 CW<br><br>The Honorable Claudia Wilken<br><br>**JOINT STIPULATION AND ORDER FOR LEAVE TO CONDUCT EARLY BRIEFING ON TWO DISPOSITIVE ISSUES, FOR A BRIEFING SCHEDULE, AND CONTINUING TRIAL** |

CASE NO.  CV12-1096 CW
JOINT STIPULATION RE: EARLY DISPOSITIVE MOTIONS AND SHORT TRIAL CONTINUANCE

Mitchell Silberberg & Knupp LLP

5423934.3

Plaintiff Amanda Lewis ("Plaintiff") and Defendants Activision Blizzard, Inc. and Blizzard Entertainment, Inc. ("Blizzard") submit this Joint Stipulation seeking the following relief: (1) permission for Blizzard and Plaintiff to each file a single motion for summary judgment and/or summary adjudication on two dispositive issues, to be heard prior to the motion cutoff; (2) a briefing schedule for the cross-motions agreeable to the Court; (3) a short continuance of trial from its currently-scheduled date of March 31, 2014 to a date convenient for the Court on or after June 30, 2014; and (4) a corresponding continuance of related discovery and motion cutoff dates.

Good cause exists for this relief based on the following facts:

1. Pursuant to this Court's Minute Order and Case Management Order dated December 12, 2012, "*[a]bsent permission from the Court*, all case-dispositive motions in a case will be briefed and heard together, on the case-dispositive motion hearing cut-off date, or on an earlier available date agreed to by the parties" (emphasis added). Trial is set for March 31, 2014, with case-dispositive motions to be heard on November 7, 2013. By this Joint Stipulation and [Proposed] Order, Blizzard and Lewis request that the Court give permission to the parties to engage in early briefing on two discrete, narrow, case-dispositive issues; namely: (a) whether the work at issue in this case was created as a "work for hire," and (b) whether the work at issue is a work of joint authorship by the parties.

2. Plaintiff's claim in this action arises from a set of sound recordings that comprise the voice of a character (the "baby murloc") in Blizzard's popular computer game "World of Warcraft" (the "Baby Murloc Recordings"). Plaintiff has alleged that she is the owner of the Baby Murloc Recordings and that the use of those recordings in World of Warcraft ("WoW") infringes her copyright. There is no dispute as to many of the material facts, such as that Plaintiff's voice is embodied in the Baby Murloc Recordings, that the Baby Murloc recordings were used to voice the baby murloc character in WoW, and that when the Baby Murloc Recordings were created (in 2005) Plaintiff was a Blizzard employee. However, the parties dispute whether the Baby Murloc Recordings were created within the scope of Plaintiff's employment. The parties also dispute whether the Baby Murloc Recordings were works of sole authorship by Plaintiff or jointly authored by Plaintiff and Blizzard. Thus, Blizzard has asserted a number of defenses to

infringement, including, but not limited to, that the Baby Murloc Recordings are a work-for-hire and/or are, at minimum, jointly owned by the parties.

3. The parties agree that judicial economy and efficiency are best served by allowing early briefing on these two threshold issues – work-for-hire and joint authorship – to be heard prior to the motion cutoff. Work-for-hire and joint authorship are discrete, narrow issues that are ripe for decision and do not require further discovery. All discovery concerning these issues has been taken (or is scheduled to be taken). The issues are straightforward and will not require unusually extensive briefing or a large evidentiary record.

4. An early decision on these issues also may allow the parties to avoid costly additional discovery and/or will help to focus the issues in the case. The parties have agreed that certain discovery, such as damages discovery (which is likely to be quite costly), can be deferred until after the resolution of the dispositive cross-motions, as damages issues do not have any bearing on the motions. The parties agree that it would be in their mutual interest if they were able to briefly defer certain costly discovery tasks while the Court decides the dispositive cross-motions.

5. Blizzard is prepared to file its motion on its work-for-hire and joint authorship defenses by August 29, 2013, and the parties are amenable to a briefing schedule in accordance with the Court's Standing Order and a hearing on the motions on October 10, 2013.

6. If the cross-motions do not completely dispose of Plaintiff's remaining claim, then the parties will conduct discovery on the remaining issues. Given the current March 31, 2014 trial date, the discovery cutoff is now November 1, 2013. That is insufficient time to complete discovery after the resolution of the cross-motions, and thus would not enable the parties to defer discovery while briefing the motions. Therefore, in the interests of judicial economy and efficiency, the parties request a short continuance of trial to on or after June 30, 2014. A corresponding extension of related discovery and motion dates would result in a deadline for completion of fact discovery of January 31, 2013 and a final dispositive motion hearing date of February 6, 2014. This would be a sufficient amount of time for the parties to complete discovery, exchange expert reports, and prepare motions on any remaining issues.

7. The parties agree that they would not be prejudiced by the relief sought in this Stipulation.

8. This is the parties' first request for a continuance of any of the deadlines in this action. The parties do not anticipate requesting any additional continuances.

THEREFORE, Plaintiff and Blizzard hereby stipulate and agree, and request that the Court enter an Order, regarding the following:

1. Blizzard and Plaintiff are each permitted to file, for hearing prior to the dispositive motion cut-off in this action, a single cross-motion for summary judgment and/or summary adjudication on two issues: (a) whether the work at issue in this case was created as a "work for hire," and (b) whether the work at issue is a work of joint authorship or otherwise co-owned by the parties (the "Motions").

2. Blizzard shall file its motion on or before August 29, 2013.

3. Plaintiff shall file her opposition to Blizzard's motion and her cross-motion on or before September 12, 2013.

4. Blizzard shall file its reply in support of its motion on or before September 19, 2013.

5. Plaintiff shall file her reply in support of her motion on or before September 26, 2013.

5. The Motions will be heard on October 10, 2013 at 2:00 p.m.

6. Trial is continued to June 30, 2013 at 8:30 a.m. [or] _____.

7. The Final Pretrial Conference will be held at 2:00 P.M. on June 18, 2013 [or] _____.

8. A further case management conference will be held, and all other case-dispositive motions will be heard, at 2:00 P.M. on February 6, 2014 [or] _____.

9. Fact discovery is to be completed and the identities and reports of expert witnesses are to be disclosed on or before January 31, 2014 [or] _____.

Mitchell Silberberg & Knupp LLP

5423934.3

10. Expert discovery is to be completed by February 28, 2013 [or] _____.

DATED: July 15, 2013

KARIN G. PAGNANELLI
MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP


By: /s/ Marc E. Mayer
  Marc E. Mayer
  Attorneys for Defendants

DATED: July 15, 2013

STEPHEN FREDKIN
LAW OFFICES OF STEPHEN FREDKIN

ALAN ENGLE
MEADOR & ENGLE


By: /s/ Stephen Fredkin
  Stephen Fredkin
  Attorneys for Plaintiff

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED **except that the expert discovery cutoff is Feb. 28, 2014, the pretrial conference will be held on Wednesday, June 18, 2014, <u>not</u> 2013, and the trial will begin on Monday, July 21, 2014 at 8:30 a.m.**

DATED: 7/24/2013

_____
The Honorable Claudia Wilken
United States District Judge