1 | STEPHEN FREDKIN (SBN 59381)
  | litigator1946@aol.com
2 | LAW OFFICES OF STEPHEN FREDKIN
  | 30 Long Bay Drive
3 | Newport Beach, CA 92660
  | Telephone: (949) 706-2006
4 |
  | ALAN ENGLE (SBN 224779)
5 | alan.engle@meenlegal.com
  | MEADOR & ENGLE
6 | 155 N. Riverview Dr., Suite 313
  | Anaheim Hills, CA 92808
7 | Telephone: (310) 428-6985

8 | Attorneys for Plaintiff AMANDA LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMANDA LEWIS, an individual, | CASE NO. CV12-1096 CW |
|---|---|
| Plaintiff, | The Honorable Claudia Wilken |
| v. | |
| ACTIVISION BLIZZARD, INC., a Delaware corporation, and BLIZZARD ENTERTAINMENT, INC., a Delaware corporation, | **REQUEST FOR TELEPHONIC COURT APPEARANCE ON MOTION FOR SUMMARY JUDGMENT AND ORDER** |
| Defendants. | |

## APPLICATION FOR REQUEST TO APPEAR BY COURTCALL:

There is a hearing on the motion for summary judgment pending before this Court on October 10, 2013 at 2:00 p.m.  Plaintiff's counsels reside and work in Orange County, California, and Stephen Fredkin, the lead trial attorney for Plaintiff, will be out of the State on the date of the hearing on the motion for summary judgment.   Mr. Fredkin would prefer that he be allowed to conduct any oral argument during the motion and can appear by telephone.

1

Plaintiff's counsel therefore requests that the Court approve this request that plaintiff's attorney can appear for the hearing on the motion for summary by telephone through CourtCall.

Dated: September 16, 2013                                                      _____/Stephen Fredkin/_____
                                                                                              Stephen Fredkin
                                                                                    Attorney for Plaintiff Amanda Lewis

## ORDER

After reading the application by Plaintiff's counsel to make their appearance at the hearing on the motion for summary judgment by telephone through CourtCall, and good cause appearing therefor, IT IS ORDERED that Plaintiff's counsel, including, Stephen Fredkin,   may appear for this hearing by telephone arranged by CourtCall.

Dated:   9/18/2013                                                      _____
                                                                                    The Honorable Claudia Wilken
                                                                                    United States District Judge