1  STEPHEN FREDKIN (SBN 59381)
   litigator1946@aol.com
2  LAW OFFICES OF STEPHEN FREDKIN
   30 Long Bay Drive
3  Newport Beach, CA 92660
   Telephone: (949) 706-2006
4
   ALAN ENGLE (SBN 224779)
5  alan.engle@meenlegal.com
   MEADOR & ENGLE
6  155 N. Riverview Dr., Suite 313
   Anaheim Hills, CA 92808
7  Telephone: (310) 428-6985

8  Attorneys for Plaintiff AMANDA LEWIS

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | AMANDA LEWIS, an individual,              | CASE NO.  CV12-1096 CW
14 |            Plaintiff,                     | The Honorable Claudia Wilken
15 |     v.                                    |
                                                 **REQUEST FOR TELEPHONIC COURT
16 | ACTIVISION BLIZZARD, INC., a Delaware     | APPEARANCE ON MOTION FOR
   | corporation, and BLIZZARD                 | SUMMARY JUDGMENT AND ORDER**
17 | ENTERTAINMENT, INC., a Delaware           |
   | corporation,                              |
18 |            Defendants.                    |
19

20

21

22          **APPLICATION FOR REQUEST TO APPEAR BY COURTCALL:**

23

24          There is a hearing on the motion for summary judgment pending before this Court on

25  October 10, 2013 at 2:00 p.m.  Plaintiff's counsels reside and work in Orange County, California,

26  and Stephen Fredkin, the lead trial attorney for Plaintiff, will be out of the State on the date of the

27  hearing on the motion for summary judgment.   Mr. Fredkin would prefer that he be allowed to

28  conduct any oral argument during the motion and can appear by telephone.

                                                                                                1

Plaintiff's counsel therefore requests that the Court approve this request that plaintiff's attorney can appear for the hearing on the motion for summary by telephone through CourtCall.

Dated: September 16, 2013                                    _____/Stephen Fredkin/_____
                                                              Stephen Fredkin
                                                              Attorney for Plaintiff Amanda Lewis

### ORDER

After reading the application by Plaintiff's counsel to make their appearance at the hearing on the motion for summary judgment by telephone through CourtCall, and good cause appearing therefor, IT IS ORDERED that Plaintiff's counsel, including, Stephen Fredkin,  may appear for this hearing by telephone arranged by CourtCall.

Dated: 9/18/2013                                             _____/Claudia Wilken/_____
                                                              The Honorable Claudia Wilken
                                                              United States District Judge

---

Plaintiff's Application and Proposed Order To Appear by Telephone at MSJ

2