1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMANDA LEWIS, an individual, | CASE NO. CV12-1096-CW |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS ACTIVISION BLIZZARD, INC. AND BLIZZARD ENTERTAINMENT, INC. FOR ATTORNEYS' FEES AND COSTS** |
| ACTIVISION BLIZZARD, INC., a Delaware corporation, and BLIZZARD ENTERTAINMENT, INC., a Delaware corporation, | |
| Defendants. | Date: December 5, 2013<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken<br>Dept.: Courtroom 2, 4th Floor |

# **ORDER**

The Court, having read and considered all documents filed in support of and in opposition to the Motion of Defendants Activision Blizzard, Inc. and Blizzard Entertainment, Inc. (collectively, "Blizzard") for Attorneys' Fees and Costs, and having heard and considered oral argument regarding said motion,

IT IS HEREBY ORDERED that Blizzard's Motion is GRANTED.  Blizzard is awarded the following fees and costs in connection with its defense of this action:

(1)  $13,853 in attorneys' fees in connection with Blizzard's defense of Plaintiff Amanda Lewis's ("Plaintiff") claims for violation of her right of publicity.

(2)  $153,646.50 in attorneys' fees in connection with its defense of Plaintiff's claim for copyright infringement pursuant to Section 505 of the Copyright Act.

(3)  $4,198.59 in nontaxable costs pursuant to Section 505 of the Copyright Act.

IT IS SO ORDERED.

DATED: _____          _____
                                                                          Honorable Claudia Wilken
                                                                          United States District Court Judge